AUSA:    Timothy E. Garcia          Telephone:  (313) 226-9522
Agent:        BPA Michael Everson        Telephone:  (313) 926-4700

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

United States of America
    v.

Juan Guadalupe BEJARANO-BEJARANO

Case No. 26-mj-30196

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 8, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Everson, BPA
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:    April 15, 2026

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Juan Guadalupe BEJARANO-BEJARANO, which reveals the following:

2. BEJARANO is a 33-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about February 17, 2007, BEJARANO was arrested by Border Patrol Agents near Campo, California. He was granted a Voluntary Removal back to Mexico that same date.

4. On or about September 21, 2011, BEJARANO was arrested by Border Patrol Agents near Valentine, Texas. He was processed for Expedited Removal.

5. On or about September 29, 2011, BEJARANO was convicted in the U.S. District Court Western District of Texas of 8 USC 1325(a)(1).

6. On or about September 30, 2011, BEJARANO was removed back to Mexico through Paso Del Norte, Texas.

7. On April 8, 2026, Detroit Border Patrol Agents encountered BEJARANO during a targeted enforcement at the Detroit Greyhound bus station in Detroit, Michigan. Prior investigation revealed that BEJARANO is currently in the United States illegally and was expected to arrive on specific bus at that station. Agents confirmed that the bus had arrived and were able to visually identify BEJARANO in the station lobby. Agents approached and questioned him. BEJARANO provided identification that confirmed his name from a prior investigation. BEJARANO was placed under arrest and transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

8.  Juan Guadalupe BEJARANO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that BEJARANO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that BEJARANO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

9.  The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 315) for Juan Guadalupe BEJARANO-BEJARANO and queries in Department of Homeland Security databases confirm no record exists of BEJARANO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on September 30, 2011.

11. Based on the above information, I believe there is probable cause to conclude that Juan Guadalupe BEJARANO-BEJARANO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_Elizabeth A. Stafford_
Honorable Elizabeth A. Stafford
United States Magistrate Judge